IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SCOTT K. TROUTMAN,                )
                                  )
    Plaintiff,                    )
                                  )
    v.                            )   1:04CV01115
                                  )
INTERNATIONAL BUSINESS            )
MACHINES CORPORATION, d/b/a       )
IBM,                              )
                                  )
    Defendant.                    )

ORDER and JUDGMENT

OSTEEN, District Judge

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b), and, on March 6, 2006, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant's motion for summary judgment [22] should be and is hereby granted and the case is hereby dismissed with prejudice.

This the 28th day of March 2006.

_____
United States District Judge